UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

| | |
|---|---|
| CHRISTOPHER WISCHER,<br><br>    Petitioner,<br><br>V.<br><br>WARDEN SCOTT JORDAN,<br><br>    Respondent. | CIVIL ACTION NO. 2:20-8-KKC-CJS<br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on a petition for writ of habeas corpus. On March 9, 2020, the magistrate judge issued a Report & Recommendation, recommending that the petition be dismissed. (DE 6.) No party has filed an objection to the Report & Recommendation. Further, the Court has reviewed the Report & Recommendation and agrees with the analysis.

Accordingly, the Court hereby ORDERS that:

1) the Report & Recommendation (DE 6) is ADOPTED as the Court's opinion;

2) Petitioner's 28 U.S.C. § 2254 petition (DE 1) is DENIED;

3) a certificate of appealability is DENIED, should Petitioner request one; and

4) a judgment will be entered contemporaneously with this order.

Dated June 16, 2020



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY